| | | | |
|---|---|---|---|
| State v. Nichols† | 2016AP000088 CR | 03–30–2017 | Reversed and remanded |
| State v. Lapp | 2016AP000116 CR | 03–07–2017 | Affirmed |
| State v. Henderson† | 2016AP000159 | 03–15–2017 | Affirmed |
| Papcke-Parks v. Parks | 2016AP000166 | 03–09–2017 | Affirmed |
| Haas v. Haas | 2016AP000182 | 03–02–2017 | Affirmed/ modified/ remanded |
| Van Dyn Hoven v. Van Dyn Hoven | 2016AP000202 | 03–29–2017 | Affirmed |
| Town of Star Prairie v. Slocum† | 2016AP000281 | 03–14–2017 | Affirmed |
| Sanchez v. Hoffmann | 2016AP000282 | 03–21–2017 | Affirmed |
| Dudas v. Dudas† | 2016AP000326 | 03–21–2017 | Modified and affirmed |
| Ricochet On, Inc. v. City of Milwaukee | 2016AP000418 | 03–14–2017 | Affirmed |
| ALCO Capital Group, LLC v. Whitehead† | 2016AP000462 | 03–15–2017 | Affirmed |
| State v. Drexler†††† | 2016AP000534 CR | 03–21–2017 | Affirmed |
| J.T. v. E.T. | 2016AP000585 | 03–01–2017 | Affirmed |
| State v. Long | 2016AP000729 CR | 03–28–2017 | Affirmed |
| State v. Mitchell† | 2016AP000937 CR | 03–16–2017 | Affirmed |
| State v. Mattis | 2016AP000982 | 03–28–2017 | Affirmed |
| State v. Larson | 2016AP001002 CR | 03–21–2017 | Affirmed |
| State v. Worzalla† | 2016AP001038 CR, 2016AP001039 CR | 03–16–2017 | Affirmed |
| State v. Burns† | 2016AP001052 CR | 03–29–2017 | Affirmed |
| Selenske v. Selenske† | 2016AP001079 | 03–14–2017 | Affirmed |
| State v. Seward | 2016AP001248 CR | 03–22–2017 | Affirmed |
| Barron County DHHS v. M. B.-T.† | 2016AP001381 through 2016AP001383 | 03–31–2017 | Affirmed |
| State v. Winius | 2016AP001392 CR | 03–28–2017 | Affirmed |
| State v. T. L. J. | 2016AP001395 | 03–08–2017 | Affirmed |
| Kearns v. Kearns† | 2016AP001407 | 03–22–2017 | Affirmed |

† Petition to review filed.
†††† Petition to review dismissed.